**Order entered March 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01016-CR

**STEVEN DANIELS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-00336-U**

## ORDER

Appellant was convicted of capital murder on November 11, 2021. The clerk's record was due on March 3, 2022 but has not been filed. We **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record in this appeal **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

/s/    LANA MYERS
        JUSTICE